UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SEAN NIELSEN

v.                                    CASE NO. 3:06CV 827 (WWE)

FEDERAL CREDIT RECOVERY, INC.      August 25, 2006
ALEX KOWTUN

## NOTICE OF DISMISSAL

Pursuant to Rule 4l(a)(l), plaintiff hereby dismisses the within action without costs or fees to any party.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395

This is to certify that a copy of the foregoing was mailed on August 25, 2006, postage prepaid, to:

Alex Kowtun
Federal Credit Recovery, Inc.
PO Box 691
Hamburg NY 14075

                              _____/s/ Joanne S. Faulkner ____
                                  Joanne S. Faulkner Esq.